```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**ELIANNY DEWITT, ET AL.,**

           Plaintiffs,

   - against -

**GEORGE GORICH, ET AL.,**

           Defendants.

───────────────────────────────────────

21-cv-11092 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Fed. R. Civ. P. 26(f) report by March 28, 2022.

**SO ORDERED.**

**Dated:**   New York, New York
          March 6, 2022

                                  /s/ John G. Koeltl
                                   John G. Koeltl
                             United States District Judge