UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIANNY DEWITT,

        Plaintiff,

- against -

GEORGE GORICH, ET AL.,

        Defendants.

21-cv-11092 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    It is ordered that this case is referred for mediation to the Court's Alternative Dispute Resolution program of mediation. Local Rule 83.9 shall govern the mediation, and the parties are directed to participate in the mediation in good faith and report to the Court on the status within 7 days of the conclusion of the mediation.

    SO ORDERED.

Dated:    New York, New York
           August 4, 2022

                                    John G. Koeltl
                                  United States District Judge