UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

Elianny Dewitt, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiffs*,

      -against-

George Gorich, George Gorich, M.D., P.C., and George Gorich, MD Medical, PLLC,

                              *Defendants*.

-----------------------------------------------------------------------X

Index No.: 1:21-cv-11092

**FED.R.CIV.P. 68 JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants George Gorich, George Gorich, M.D., P.C., and George Gorich, MD Medical, PLLC (collectively, the "Defendants"), having offered to allow Plaintiff Elianny Dewitt ("Plaintiff") to take a judgment against the Defendants in this action for the total sum Fifteen Thousand Dollars and Zero Cents ($15,000.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $15,000.00 as against Defendants.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____ _____, 2022
       New York, New York

                                                      SO ORDERED:

                                                      _____

                                                      John G. Koeltl U.S.D.J.